IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DUNCAN,

                  Plaintiff,                      No. CIV S-05-2613 FCD JFM P

      vs.

SCOTT KERNAN, et al.,

                  Defendants.         ORDER

_____/

            Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of January 17, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

            1.  Plaintiff's February 1, 2006 request for an extension of time is granted; and

            2.  Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED:  February 6, 2006.

UNITED STATES MAGISTRATE JUDGE

/001/mp
dunc2613.36

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26