IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DUNCAN,

      Plaintiff,                     No. CIV S-05-2613 FCD JFM P

    vs.

AL SOARES,

      Defendant.            <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  By order filed January 17, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint.  After receiving two extensions of time, plaintiff filed an amended complaint.

       The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Service is appropriate for the following defendant Al Soares:

       2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed March 14, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Two copies of the endorsed amended complaint filed March 14, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: March 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; dunc2613.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DUNCAN,

      Plaintiff,                                   No. CIV S-05-2613 FCD JFM P

     vs.

AL SOARES,                                       NOTICE OF SUBMISSION

      Defendants.                            OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____
                            Amended Complaint

DATED:

                                         _____
                                         Plaintiff