IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DUNCAN,

        Plaintiff,                No. CIV S-05-2613 FCD JFM P

   vs.

SCOTT KERNAN, et al.,

        Defendants.        <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 10, 2006, plaintiff filed a request for 20 official subpoena forms.  However, plaintiff did not explain why he needed the subpoena forms.  The court issued its scheduling order on July 28, 2006.  If plaintiff is seeking subpoenas to issue for attendance at trial, such a request is premature.  A request for subpoena for trial witnesses should accompany plaintiff's pretrial statement, filed in accordance with the court's scheduling order.  Accordingly, IT IS HEREBY ORDERED that plaintiff's August 10, 2006 request for subpoenas is denied.

DATED: September 28, 2006.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

001;dunc2613.sub

1