IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DUNCAN,

        Plaintiff,                    No. CIV S-05-2613 FCD JFM P

    vs.

SCOTT KERNAN, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On November 6, 2006, plaintiff filed a document entitled "Plaintiff's Opposition to Defendant's Refusals to Produce Discoverable Documents." In this document, plaintiff recounts his objections to defendants' responses to plaintiff's requests for production of documents. However, this document does not comport with the Federal Rules of Civil Procedure or this court's Local Rule 34-250. As noted in this court's July 28, 2006 scheduling order:

> 5. If disputes arise about the parties' obligations to respond to requests for discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules of Civil Procedure and Rules 5-134, 5-135, 6-136, 7-130, 7-131, 11-110, 43-142, and 78-230(m) of the Local Rules of Practice for the United States District Court, Eastern District of California; unless otherwise ordered, Local Rule 37-251 shall not apply. Filing of a discovery motion that does not comply with all applicable rules may result in imposition of sanctions, including but not limited to denial of the motion.

(Id. at 2.)

/////

1     Specifically, plaintiff has failed to file a motion to compel or to provide a copy of
2 the discovery responses provided by defendants.  Plaintiff is advised that if plaintiff seeks to
3 compel further responses to his request for production of documents, he must file a motion to
4 compel pursuant to Rule 37(a) of the Federal Rules of Civil Procedure.  Moreover, Local Rule
5 34-250 requires that "only that part of the request for production, response or proof of service
6 that is in issue shall be filed."  (Id.)
7     Accordingly, IT IS HEREBY ORDERED that plaintiff's November 6, 2006
8 opposition shall be placed in the court file and disregarded.
9 DATED: November 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

001;dunc2613.dsc2