IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DUNCAN,

      Plaintiff,                      No. CIV S-05-2613 FCD JFM P

    vs.

AL SOARES,

      Defendant.                  ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On February 20, 2007, defendant filed a document entitled "Defendant's Opposition to Plaintiff's Motion to Compel." Defendant notes that plaintiff's motion to compel "does not appear on the Court's Docket when reviewed on PACER." (Id. at 1, n.1.)

        By order filed November 14, 2006, the discovery deadline was reset in this case to February 5, 2007. Only two filings have been entered on the instant docket since November 14, 2006: on November 29, 2006, the court issued an order and on February 20, 2007, the court received defendant's opposition. Since November 14, 2006, the court has not received any filing by plaintiff – either a motion to compel discovery or any other document. Accordingly, defendant's February 20, 2007 opposition will be placed in the court file and disregarded.

1

IT IS HEREBY ORDERED that defendant's February 20, 2007 opposition shall be placed in the court file and disregarded.

DATED: March 12, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001
dunc2613.mtc