IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DUNCAN,

    Plaintiff,                    No. CIV S-05-2613 FCD JFM P

    vs.

SCOTT KERNAN, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff contends defendant Soares was deliberately indifferent to plaintiff's safety needs because defendant required plaintiff to use a grinder that had no safety guard or handle and plaintiff was not provided with a full face shield or safety glasses and thereafter suffered an injury to his face.

        On April 27, 2007, plaintiff filed a request for extension of time to file his pretrial statement.[1] Discovery and motions deadlines have passed. The pretrial conference was set for

---

[1] Within plaintiff's declaration in support of his request for extension of time, plaintiff contends defendant Soares committed perjury in defendant Soares' response to interrogatory number 9. Plaintiff alleges defendant was subjected to an adverse action/reprimand for the destruction of state property and contends that the State Personnel Board's letter dated June 27, 2006, confirms defendant Soares received a formal reprimand. (Pl.'s Ex. Z-1.) Plaintiff is advised that contentions concerning the accuracy of discovery responses, if relevant at all, are issues for trial.

April 20, 2007.  Good cause appearing, plaintiff's request will be granted.  The pretrial conference date will be reset.  This case will be set for trial confirmation hearing in the pretrial order.  The jury trial date will be vacated.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's April 27, 2007 motion for an extension of time is partially granted.

        2.  Plaintiff is granted sixty days from the date of this order in which to file a pretrial statement.  Defendant's pretrial statement is due three weeks thereafter.  Thereafter, a pretrial conference will be conducted on the file only, without appearance by either party.

        3.  The September 18, 2007 jury trial before the Honorable Frank C. Damrell, Jr., is vacated.  A trial confirmation hearing will be set in the pretrial order.

DATED: June 12, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001
dunc2613.36(3)