IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DUNCAN,

    Plaintiff,                        No. CIV S-05-2613 FCD JFM P

    vs.

ALAN SOARES,

    Defendant.                     <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding in propria persona and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 4, 2007, plaintiff filed a motion for attendance of witnesses at trial, with requests for subpoena.

        On June 13, 2007, the pretrial conference date was vacated and plaintiff was granted a sixty day extension of time in which to file his pretrial statement.  On June 22, 2007, defendant filed a request for extension of time to object to plaintiff's motion for witness attendance.  In this court's July 28, 2006 scheduling order, plaintiff was advised that he must follow certain procedures to ensure that the witnesses will be at the trial and available to testify.  Specifically, plaintiff was advised that

> the party seeking the witness' presence must tender an appropriate sum of money to the witness through the United States Marshal.  In the case of an unincarcerated witness, the appropriate sum of money is the daily witness fee of $40.00 <u>plus the witness' travel expenses</u>.

/////

1

> A subpoena will not be served by the United States Marshal upon an unincarcerated witness unless the subpoena is accompanied by a money order made payable to the witness for the full amount of the witness' travel expenses plus the daily witness fee of $40.00, and a copy of the court's order granting plaintiff in forma pauperis status. Because no statute authorizes the use of public funds for these expenses in civil cases, the tendering of witness fees and travel expenses is required even if the party was granted leave to proceed in forma pauperis.

(July 28, 2006 Scheduling Order at 2-4.)

Plaintiff seeks three incarcerated witnesses' testimony and at least eleven nonincarcerated witnesses' testimony at trial. Plaintiff is cautioned that he must address the issue of witness fees in his reply to defendant's opposition to his motion for witness attendance.

Good cause appearing, defendant's request for extension of time will be granted. Defendant shall file his reply to plaintiff's June 4, 2007 motion on or before September 2, 2007.

Accordingly, IT IS HEREBY ORDERED that defendant's June 22, 2007 request for an extension of time is granted. Defendant shall file his opposition to plaintiff's June 4, 2007 motion on or before September 2, 2007. Plaintiff's reply shall be filed no later than September 17, 2007.

DATED: July 2, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; dunc2613.wit