IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DUNCAN,

    Plaintiff,                            No. 2:05-cv-2613 FCD JFM P

    vs.

ALAN SOARES,

    Defendant.                       ORDER

_____/

        Defendant seeks an additional seven days in which to respond to this court's February 5, 2009 order. On March 24, 2009, defendant submitted the information required by said order. Thus, defendant's March 18, 2009 request will be granted and the March 24, 2009 response will be deemed timely filed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendant's March 18, 2009 request is granted; defendant is granted an additional seven days, to and including March 25, 2009, to submit further information to the Court on the inmate witnesses, set forth in the February 5, 2009 Order.

        2. The March 24, 2009 response is deemed timely filed.

DATED: March 26, 2009.

                                        UNITED STATES MAGISTRATE JUDGE

/001; dunc2613.eot