IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DUNCAN,

    Plaintiff,               No. 2:05-cv-2613 FCD JFM

    vs.

SCOTT KERNAN, et al.,

    Defendants,        <u>REFERRAL TO MEDIATION AND</u>
                                <u>STAY OF PROCEEDINGS</u>
_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This matter presently is before the undersigned for pretrial proceedings. However, the parties have agreed to participate in the Prison Mediation Program for the Eastern District of California. Good cause appearing, plaintiff's stipulation for referral to mediation and stay of proceedings will be approved.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 17, 2009 stipulation for referral to mediation is approved. This matter is referred for mediation with Magistrate Judge Craig Kellison on April 29, 2009, at Corcoran Prison. Attorneys for defendants shall appear with full settlement authority.

        2. This case is stayed pending the outcome of mediation. The Clerk of the Court is directed to administratively close this case.

1

3. The June 22, 2009 trial confirmation hearing and the August 25, 2009 jury trial dates set before the Honorable Frank C. Damrell are vacated and will be reset, if appropriate, following mediation.

4. Within thirty days from the settlement conference, Judge Kellison shall file a report indicating the outcome of the proceedings.

DATED: April 21, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; dunc2613.sty